No. 22385.

GORDON L. CARSRUD *v.* WAYNE K. PATTERSON, WARDEN,
COLORADO STATE PENITENTIARY.
(424 P.2d 760)

Decided March 6, 1967.

EDWARD H. SHERMAN, Public Defender in and for the
City and County of Denver, for plaintiff in error.

DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY,
Deputy, AUREL M. KELLY, Special Assistant, for de-
fendant in error.

*En Banc.*

MR. JUSTICE DAY delivered the opinion of the Court.

THIS writ of error is directed to a judgment of the
trial court denying plaintiff in error's petition for a
writ of habeas corpus. He, as petitioner below, contends
that he is entitled to be released from the state peni-
tentiary because upon his arrest as a parole violator

he was held in custody longer than the time provided, all in violation of C.R.S. 1963, 39-17-4.

The arguments advanced here by petitioner are not new; we dealt with similar contentions in *People v. District Court of Denver*, 159 Colo. 142, 410 P.2d 630, and *Johnson v. Tinsley*, 157 Colo. 539, 404 P.2d 159. Petitioner has indicated that he is aware of those cases but asks that we overrule them. This we are not inclined to do.

The judgment is affirmed.